AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boyd, James W. | U.S. Bankruptcy Court, Western District of Michigan | 5/6/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
1 Division Avenue North
Grand Rapids, Michigan 49503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Membership interest (1/7) | Kuhn, Darling, Boyd, and Quandt PLC (terminated prior to 5/30/14) |
| 2. | Membership interest (1/4) | Union Street Partners, LLC (terminated prior to 5/30/14) |
| 3. | Membership inerest (1/3) | Union Street Investments, LLC |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Kuhn, Darling, Boyd, and Quandt, PLC 401K Plan with former law firm, no control; rolled-over into individual retirement account 9/2/2014 |
| 2. | 2014 | Kuhn, Darling, Boyd, and Quandt, PLC. Finalization of pre-May 30, 2014 income and expenses, capital account, etc. all reconciled for 2014 per K1 |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Kuhn, Darling, Boyd and Quandt PLC (law firm and bankruptcy trustee income) | $840,309.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | State of Michigan, W2 wages |
| 2. 2014 | self-employed "early childhood specialist" |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association, Western District of MI | 7/31/14-8/1/14 | Boyne Highlands, MI | Legal education seminar for attorneys | Meals, lodging, registration |
| 2. | National Conference of Bankruptcy Judges | 10/8/14-10/11/14 | Chicago, IL | Legal education for Bankruptcy Judges | Hotel |
| 3. | American Bankruptcy Institute | 11/10/14-11/11/14 | Troy, MI | Legal education seminar for attorneys | Mileage, registration |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 5/6/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association, Western District of MI | 5/30/14 Reception following investiture as Bankruptcy Judge | $2,656.36 |
| 2. | Kuhn, Darling, Boyd, and Quandt PLC (former firm) | 6/5/14 Reception following investiture in Traverse City, MI with local bar assoc. | $3,238.70 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Community Bank | Limited guaranty regarding Union Street Partners, LLC | M |
| 2. | First Community Bank | Limited guaranty regarding Union Street Investments, LLC | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 5/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Union Street Partners, LLC | D | Int./Div. | | | Sold | 05/30/14 | L | | Edgar Roy III; See note |
| 2. Assignment of interest in Union Street Partners LLC to former partner | E | Int./Div. | L | T | | | | | |
| 3. Union Street Investments, LLC | A | Int./Div. | L | W | | | | | |
| 4. Kuhn, Darling, Boyd & Quandts, PLC | A | Int./Div. | | | Sold | 05/30/14 | J | | PLLC; See note |
| 5. Cash Surrender Value Life Insurance-Midwestern United Life Insurance C | | None | J | T | | | | | |
| 6. Fifth Third Bank Checking Account | A | Int./Div. | N | T | | | | | |
| 7. Fifth Third Relationship Money Market Account | A | Int./Div. | J | T | | | | | |
| 8. Members Credit Union Checking Account | | None | J | T | | | | | |
| 9. Members Credit Union Share Account | | None | J | T | | | | | |
| 10. Vanguard 500 Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 11. Vanguard Prime Money Market Fund | A | Dividend | N | T | | | | | |
| 12. Vanguard Total Stock market Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 13. Powershares QQQ Trust Series 1 | A | Dividend | J | T | | | | | |
| 14. Firsthand Technology Value Fund Inc | A | Dividend | J | T | | | | | |
| 15. Vanguard Target Retirement Fund 2015-IRA | E | Dividend | O | T | | | | | |
| 16. Vanguard Prime Money Market Fund-SEP IRA | A | Dividend | L | T | | | | | |
| 17. Vanguard Prime Money Market Fund-IRA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 5/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Life Strategy Income Fund-401k | E | Dividend | | | Sold | 09/02/14 | N | | See note |
| 19. Fidelity Treasury Only Money Market Fund-401K | | None | | | Sold | 09/02/14 | K | | See note |
| 20. State of MI Stable Value Fund-401k | B | Dividend | K | T | | | | | |
| 21. State of MI Pimco Total Return Fund-401k | C | Dividend | K | T | | | | | |
| 22. State of MI Dodge and Cox Stock Fund-401k | D | Dividend | K | T | | | | | |
| 23. State of MI SSGA Emerging Markets Fund-401k | A | Dividend | | | Sold | 03/31/14 | K | | Moved to Fund @ #24 |
| 24. Vanguard Emerging Market Index-401k | C | Dividend | K | T | | | | | |
| 25. State of MI Stable Value Fund-457 | B | Dividend | L | T | | | | | |
| 26. State of MI Dodge and Cox Stock Fund-457 | D | Dividend | K | T | | | | | |
| 27. State of MI SSGA Emerging Market Fund-457 | A | Dividend | | | Sold | 03/31/14 | K | | Moved to Fund @ #28 |
| 28. Vanguard Emerging Market Fund-457 | C | Dividend | K | T | | | | | |
| 29. Vanguard Life Strategy Income Fund IRA | C | Dividend | N | T | Buy | 09/02/14 | N | | See note re #18 and 19 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 5/6/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III(a)(1): Per final K1 and 1099, pending completion of 2014 tax returns, which are on extension. I am informed that the 2014 former law firm tax return and Form K1 will be amended to account for a 401 contribution concern. Upon that being completed, my personal tax return can be completed, and this form will be amended if required to reflect any changes in the income stated in Part III-A(1).

VII(a)(3): Real property assessed at $149,700 x 2 = fair market value. Entity owns real property. Filer is 1/3 owner of entity. Value reflects 1/3 net equity in property.

VII(1): This transaction reflects the sale of my interest in the LLC to another LLC member for $96,000 to be paid in installments until June 2016, as reflected in VII(2).

VII(3): This transaction relfects the assignment of my interest in the law firm PLLC back to the PLLC. There was no sales price, only a reconciliation of income, expenses, and capital account as reflected on Form K1.

VII( 18 &19): These funds comprised my 401K from my former law firm; these were rolled over into an individual IRA noted at #29.

VIII(a)23 & 27: First quarter 2014 SSGA Emerging Markets sold and Vanguard Emerging Market Fund (VIII(a) 24 and 28) purchased.

| Name of Person Reporting | Date of Report |
|---|---|
| Boyd, James W. | 5/6/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James W. Boyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544